UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 2789 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald,

United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g),

for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Abigail L. Peluso
    ABIGAIL L. PELUSO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-5342
    abigail.peluso@usdoj.gov